UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

                               :

    v.                        :                1:25-cr-170 (ACR)

                               :

**DEANDRE DAVIS**                :


**DEFENDANT'S STATUS REPORT**

Deandre Davis, through his attorney, submits this status report to advise the Court that Ms. Alisha Davis and Ms. Barbara Davis inspected Mr. Davis' room and personal effects for the presence of contraband on July 5, 2025. They report finding nothing in violation of Mr. Davis' conditions of release and that Mr. Davis remains in compliance.


                                          Respectfully submitted,

                                          A. J. KRAMER
                                          FEDERAL PUBLIC DEFENDER

                                              /s/
                                         _____
                                         EUGENE OHM
                                         Assistant Federal Public Defender
                                         625 Indiana Avenue, N.W., Suite 550
                                         Washington, D.C.  20004
                                         (202) 208-7500