UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

                    :

   v.                         1:25-cr-170 (ACR)

                    :

DEANDRE DAVIS        :

**PROPOSED ORDER MODIFYING RELEASE CONDITIONS[1]**

Upon consideration of the Defendant's Motion to Modify Conditions of Release, it is hereby ORDERED that his Conditions of Release be modified to the following:

1. Mr. Davis will be removed from home incarceration and placed into home detention;

2. Mr. Davis will no longer be under third party custody and is no longer subject to the conditions that require monitoring by the third party custodians;

3. Mr. Davis will no longer be required to have a Ring camera in the inside of his house;

4. Mr. Davis is permitted to use and have an electronic or communication device including a phone, computer or iPad.  He is permitted to watch television without monitoring;

5. Mr. Davis is permitted to communicate on his phone;

6. Mr. Davis will continue to be required to attend meetings set by Judge Upadhyaya; and

7. All other conditions of release will remain.

So ordered.

Date:  _____

                                                 _____
                                                 The Honorable Ana C. Reyes
                                                 United States District Court for the
                                                 District of Columbia

---

[1] This Proposed Order is being filed after review by the government.