# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DEANDRE DAVIS,** <br><br> Defendant. | **Case No. 25-cr-170 (ACR)** |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal indictment against defendant Deandre Davis, without prejudice. *See* Federal Rule of Criminal Procedure 48(a) (allowing for dismissals of indictments with leave of the court); *see also United States v. Karake*, 2007 WL 8045732, at *1 (D.D.C. Feb. 7, 2007) (Huvelle, J.) (holding that dismissal under Rule 48 should generally be without prejudice). The government has determined that dismissal of this matter is in the interests of justice. Therefore, the government requests that the Court dismiss the criminal indictment against defendant Deandre Davis without prejudice.

Respectfully submitted,
JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY
/s/_____
SABENA AUYEUNG
Assistant United States Attorney
Illinois Bar No. 6317842
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-803-1622
Email: Sabena.Auyeung@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DEANDRE DAVIS,**<br><br>   **Defendant.** | **Case No. 25-cr-170 (ACR)** |

## PROPOSED ORDER

Upon consideration of the government's Motion to Dismiss Indictment Without Prejudice ("government's motion") and any opposition thereto, it is hereby ORDERED that the government's motion is GRANTED and the indictment shall be DISMISSED without prejudice.

_____

THE HONORABLE ANA C. REYES
UNITED STATES DISTRICT COURT JUDGE